UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| Developmental Strategies Company LLC, Profit Sharing Plan,<br>   **Plaintiff**<br><br>—v—<br><br>Nodine Realty Corporation, et al.,<br>   **Defendant** | Case No.<br><br><br><br>**Rule 7.1 Statement** |

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for <u>Janice B. Grubin, Chapter 11 Trustee</u> (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Janice B. Grubin is the duly-appointed Chapter 11 Trustee for Food Management Group, LLC, KMA I, Inc., KMA II, Inc., KMA III, Inc., and Bronx Donut Bakery, Inc. in their Chapter 11 bankruptcy cases, 04-B-22880-ASH, 04-B-22890-ASH, 04-B-22891-ASH, 04-B-22892-ASH, and 04-B-20312-ASH.

**Date:**    4/9/07                                                    /s/ Paul J. Labov
                                                                             **Signature of Attorney**

                                                                             **Attorney Bar Code:** PL 8111

Form Rule7_1.pdf