

M-10-468

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Pursuant to Section 157(a) of the Bankruptcy Amendments and Federal Judgeship Act of 1984, any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 are referred to the bankruptcy judges for this district.

So Ordered,

*Robert J. Ward*
ROBERT J. WARD
Acting Chief Judge

July 10, 1984

